IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEVEN STEPANISHEN**                                                                                                              **PLAINTIFF**

v.                                            Case No. 4:23-cv-00421-LPR

**MARCUS BAKER, individually**
**and in his official capacity**                                                                                                     **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered today (Doc. 21), it is CONSIDERED, ORDERED, and ADJUDGED that all claims brought by Plaintiff are dismissed with prejudice under the doctrine of qualified immunity.

IT IS SO ADJUDGED this 25th day of November 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE